USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2018

**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YVETTE QUINONES, Individually and on behalf,
of a class,

                      Plaintiff,        Case No.   1:18-cv-6909-AT

- against -

SECOND ROUND SUB, LLC,

                      Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Yvette Quinones, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against Second Round Sub, LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
       August 30, 2018

                                                SHAKED LAW GOUP, P.C.
                                                Attorneys for Plaintiff

                                                By: _____
                                                Dan Shaked (DS-3331)

SO ORDERED.
                                                44 Court St., Suite 1217

Dated: September 5, 2018
       New York, New York                    Brooklyn, NY 11201
                                                Tel. (917) 373-9128
                                                Fax (718) 704-7555
                                                e-mail: ShakedLawGroup@Gmail.com

**ANALISA TORRES**
United States District Judge